| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>3:95CR03039-002/RV |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>8:07-CR-145-T-17MSS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Marcus Lewis<br>Middle District of Florida | Florida Northern | Pensacola, FL |
| | NAME OF SENTENCING JUDGE | |
| | Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/18/2005   TO 10/17/2010 |

OFFENSE

Count 1, Conspiracy to Possess With Intent to Distribute Cocaine Base, 21 U.S.C. § 846; Count 3, Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a) and (b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/25/07
Date                                Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 8th, 2007
Effective Date                       United States District Judge
                                         ELIZABETH A. KOVACHEVICH
                                         UNITED STATES DISTRICT JUDGE